**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roberto CAMPOS–GONZALEZ,**
**Defendant–Appellant.**

No. 08–50709
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

W.W. Torrey, Cameron, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Roberto Campos–Gonzalez (Campos) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Campos has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4

further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.